AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

for the

Eastern District of Arkansas

MAR -5 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHARLES E. BENNETT | ) | Case No: ___4:01CR00212-003 SWW___ |
| | ) | USM No: ___22562-009___ |
| Date of Previous Judgment: ___10/01/2004___ | ) | ___MARK ALAN JESSE___ |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___90___ months **is reduced to** ___72 MONTHS___ .

### I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 120 to 135 months | Amended Guideline Range: | 87 to 108 months |

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated ___08/05/2003___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ___03/05/2008___

Effective Date: ___As soon as possible but not later than 3/15/08.___
(if different from order date)

_Judge's signature_

SUSAN WEBBER WRIGHT, U.S. District Judge
Printed name and title